UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


RONALD WILLIAM HYDE          ]
    Plaintiff,              ]
                             ]
v.                           ]    No. 3:12-0367
                             ]    Judge Campbell
CHIEF OF UNIT MANAGEMENT PERRY, ]
et al.                       ]
    Defendants.             ]


### **M E M O R A N D U M**

The plaintiff, proceeding *pro se*, is an inmate at the Metro Davidson County Detention Facility in Nashville. He brings this action pursuant to 42 U.S.C. § 1983 against Mr. Perry, Chief of Unit Management at the Detention Facility, and Warden Liebach, seeking injunctive relief and damages.

The only mental health program available to inmates at the Detention Facility relates to anger management. The plaintiff claims that this program is not sufficient to meet the needs of the inmate population. He asserts that the Detention Facility needs a program called Emotions Anonymous, which helps individuals to identify and deal with mental health issues.

To establish a claim for § 1983 relief, the plaintiff must plead and prove that the defendants, while acting under color of state law, deprived him of a right guaranteed by the Constitution or laws of the United States. Parratt v. Taylor, 451 U.S. 527, 535

(1981).

A prisoner has no federally protected right to participate in a rehabilitative program. Hutto v. Finney, 437 U.S. 678 (1978). Nor has the plaintiff alleged any particularized need to participate in a mental health program. As a consequence, the plaintiff has failed to show that defendants' failure to provide this type of program for him has violated his constitutional rights.

In the absence of a constitutional deprivation, the plaintiff is unable to prove every element of a § 1983 cause of action. The plaintiff, therefore, has failed to state a claim upon which relief can be granted. Under such circumstances, the Court is obliged to dismiss the instant action *sua sponte*. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

_____
Todd Campbell
United States District Judge